FILED
IN THE UNITED STATES DISTRICT COURT ~~DISTRICT COURT~~
FOR THE MIDDLE DISTRICT OF GEORGIA ~~LE GEORGIA~~
ALBANY DIVISION

2009 SEP 14  AM 10 14

_B. Littleton_
DEPUTY CLERK

JOHN THOMPSON,                    :

    Plaintiff,                   :

v.                                :        1:08-CV-87 (WLS)

                                  :

RENEE TOMLINSON, Court Reporter,  :

    Defendant.                   :

_____  :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed August 20, 2009.  (Doc. 24).  It is recommended that Defendant's Motion for Summary Judgment (Doc. 12) and Plaintiff's Motion to Deny Defendant's Motion for Summary Judgment (Doc. 18) be **DENIED without prejudice**.  No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 24) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Accordingly, Defendant's Motion for Summary Judgment (Doc. 12) and Plaintiff's Motion to Deny Defendant's Motion for Summary Judgment (Doc. 18) are **DENIED without prejudice**.

**SO ORDERED**, this _14th_ day of September, 2009.

_W. Louis Sands_
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT

1